TRION MANUFACTURING COMPANY *v.* ROME BRICK COMPANY.

COBB, J. There was no error in rejecting evidence. The evidence admitted demanded a finding in favor of the plaintiff for the amount sued for, and the court did not err in directing the jury to so find.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Complaint. Before Judge Brinson. Chattooga superior court. October 21, 1901.

*Wesley Shropshire* and *Harper Hamilton*, for plaintiff in error. *John D. Taylor* and *Joel Branham*, contra.